IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHABBAR RAFIQ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:25-CV-0478-G-BK |
| WARDEN, SEAGOVILLE FCI, ) | |
| ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case. No objections were filed. The court reviewed the proposed amended findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the petitioner's motions for temporary restraining order under Federal Rule of Civil Procedure 65 (docket entries 9, 14) are **DENIED**.

**SO ORDERED**.

April 29, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**